UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

JAMES PETTUS,

                Plaintiff,

    -against-                                      9:04-CV-0253
                                                                (LEK/RFT)

GLENN S. GOORD, Commissioner of
Correctional Services, *et al*.,

                Defendants.

**<u>DECISION AND ORDER</u>**

      This matter comes before the Court following a Report-Recommendation filed on August 9, 2006, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 102).  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections and supplemental objections by Plaintiff, which were filed on August 25 and September 13, 2006, respectively.  Objections (Dkt. No. 104); Supplemental Objections (Dkt. No. 108).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." <u>Id.</u>  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 102) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion for summary judgment (Dkt. No. 91) is **GRANTED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     September 28, 2006
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge